USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/2020

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SERGIO JUAREZ VIVAR a/k/a MANCHAZO,            :
individually and on behalf of others similarly situated,  :
                                                :
                                    Plaintiff,  :    1:19-cv-09685-GHW
                                                :
            -against-                           :    ORDER
                                                :
225 WEST BROADWAY CORP., d/b/a                  :
ATTRAVERSA, 228 BLEECKER LLC, d/b/a             :
ARIA WEST VILLAGE, BRICIOLA CORP. d/b/a:
BRICIOLA), TANYA HIRA a/k/a TANYA               :
PASSON), ROBERTO PASSON, GUSTAVO                :
BUENO, ALEX DOE, CLAUDIO PASSON,                :
                                                ;
                                    Defendants. :
-------------------------------------------------------------------X
```

GREGORY H. WOODS, United States District Judge:

The parties are directed to submit a joint letter no later than January 29, 2020, updating the Court on the status of this case.

Plaintiff is directed to serve a copy of this order on Defendants and retain proof of service.

SO ORDERED.

Dated: January 22, 2020  
New York, New York

                                                 GREGORY H. WOODS  
                                                 United States District Judge