# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                                                                 Telephone: (212) 317-1200
New York, New York 10165                                                                     Facsimile: (212) 317-1620

January 28, 2020

VIA ECF

Honorable Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

                              Re: Juarez Vivar et al v. 225 West Broadway Corp. et al
                                  1:19-cv-09685-GHW

Dear Judge Woods,

       This firm represents the Plaintiff in the above-referenced action.  We write to respectfully request the matter be discontinued without prejudice per FRCP Rule 41(a).  This withdrawal is not the result of a settlement agreement. We thank the Court for its attention to this matter.

                                                   Respectfully Submitted,

                                                   /s/ Michael Faillace
                                                   Michael Faillace, Esq.