# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510            Telephone: (212) 317-1200
New York, New York 10165                   Facsimile: (212) 317-1620

January 28, 2020

VIA ECF

Honorable Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/30/2020
```

**MEMORANDUM ENDORSED**

Re: Juarez Vivar et al v. 225 West Broadway Corp. et al
1:19-cv-09685-GHW

Dear Judge Woods,

    This firm represents the Plaintiff in the above-referenced action. We write to respectfully request the matter be discontinued without prejudice per FRCP Rule 41(a). This withdrawal is not the result of a settlement agreement. We thank the Court for its attention to this matter.

Respectfully Submitted,

/s/ Michael Faillace
Michael Faillace, Esq.

Plaintiff has voluntarily dismissed this case without prejudice under F.R.C.P. 41(a)(1)(A)(i). The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: January 30, 2020
New York, New York

                                      _____
                                           GREGORY H. WOODS
                                          United States District Judge